IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AVENTINE RENEWABLE ENERGY HOLDINGS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> AURORA CO-OPERATIVE ELEVATOR COMPANY, <br><br> Defendant. | **8:12CV386** <br><br> **MEMORANDUM AND ORDER** |

IT IS ORDERED:

The motion to withdraw filed by Jason M. Hopkins and David L. Swanson as counsel of record on behalf of Aurora Cooperative Elevator Company, (filing no. 42), is granted.

November 7, 2012.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge