IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AVENTINE RENEWABLE ENERGY HOLDINGS, INC.,<br><br>            Plaintiff,<br><br>vs.<br><br>AURORA CO-OPERATIVE ELEVATOR COMPANY,<br><br>            Defendant. | 8:12CV386<br><br>**MEMORANDUM AND ORDER** |

IT IS ORDERED:

1)      The motion to withdraw Eric Gambrell and Patrick O'Brien as counsel of record on behalf of Plaintiff, Aventine Renewable Energy Holdings, Inc., (filing no. 51), is granted.

2)      The clerk shall delete Eric Gambrell and Patrick O'Brien from any future ECF notifications herein.

November 21, 2012.

                                                BY THE COURT:

                                                *s/ Cheryl R. Zwart*
                                                United States Magistrate Judge