IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AURORA COOPERATIVE ELEVATOR COMPANY,<br><br>                    Plaintiff,<br><br>     vs.<br><br>AVENTINE RENEWABLE ENERGY - AURORA WEST, LLC,  AVENTINE RENEWABLE ENERGY HOLDINGS, INC.,<br><br>                    Defendants. | **4:12CV230**<br><br>**MEMORANDUM AND ORDER** |
| AVENTINE RENEWABLE ENERGY HOLDINGS, INC.,<br><br>                    Plaintiff,<br><br>     vs.<br><br>AURORA CO-OPERATIVE ELEVATOR COMPANY,<br><br>                    Defendant. | **8:12CV386** |

After conferring with the parties,

IT IS ORDERED:

1)    The court's prior order, (Filing No. 38), remains in effect.

2)    Within seven (7) days following the court's ruling on the pending dispositive motions, plaintiff's counsel shall contact my chambers to schedule a conference call to discuss the schedule for progressing this case to trial.

March 5, 2013.

                                                            BY THE COURT:

                                                            *s/ Cheryl R. Zwart*
                                                            United States Magistrate Judge